| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Keesler, David C. | N Carolina - District Court | 08/17/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

401 West Trade Street
Room 168
Charlotte, NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | K. Interiors-Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/17/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trinity Episcopal School | Tuition | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   WELLS FARGO COMMON STOCK | A | Dividend | J | T | | | | | |
| 2.   IRA #1 | B | Dividend | M | T | | | | | |
| 3.   -ARTISAN PARTNERS FDS SMALL CAP FDS ARTSX | | | | | Buy (add'l) | 05/22/14 | J | | |
| 4. | | | | | Sold (part) | 09/16/14 | J | | |
| 5.   -BLACKROCK FDS II CORE BOND PORT INSTL CLASS BFMCX | | | | | Buy | 09/16/14 | J | | |
| 6.   -BLAIR WILLIAM FDS BIGIX | | | | | | | | | |
| 7.   -DELAWARE GROUP DEUIX | | | | | | | | | |
| 8.   -GOLDMAN SACHS TR FTIXX | | | | | | | | | |
| 9.   -JOHN HANCOCK FDS JHAIX | | | | | Sold | 02/21/14 | J | | |
| 10.   -HARRIS ASSOC INVT TR OAKMARK INTL FD OAKIX | | | | | | | | | |
| 11.   -HOTCHKIS & WILEY HWMIX | | | | | | | | | |
| 12.   -JANUS INVT FD JFLEX | | | | | | | | | |
| 13.   -JOHN HANCOCK JCUIX | | | | | Buy | 05/21/14 | J | | |
| 14. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 15.   -MAINSTAY FDS TR MFLDX | | | | | | | | | |
| 16.   -JP MORGAN TR 1 JLPSX | | | | | Buy (add'l) | 09/16/14 | J | | |
| 17.   -NATIONWIDE MUT FDS NWHYX | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -NEUBERGER BERMAN ALTERNATIVE FDS NLSIX | | | | | | | | | |
| 19. -BLACKROCK FDS EMERGING MKT LONG/SHORT BLSIX | | | | | Sold (part) | 05/21/14 | J | | |
| 20. -PUTNAM ABSOLUTE RETURN 700 CL Y PDMYX | | | | | | | | | |
| 21. -HEARTLAND VALUE PLUS FD INSTL CL HNVIX | | | | | | | | | |
| 22. -OPPENHEIMER DEV ODVYX | | | | | Sold (part) | 09/16/14 | J | | |
| 23. -PIMCO FDS PAC INVT PTTRX | | | | | Sold | 09/16/14 | J | | |
| 24. -PIMCO FDS FAC INVT PCRIX | | | | | | | | | |
| 25. -DREYFUS EMERGING DRPEX | | | | | Buy (add'l) | 09/16/14 | J | | |
| 26. -T ROWE PRICE TRREX | | | | | | | | | |
| 27. -TCW DIVERSIFIED VALUE TGDIX | | | | | Sold (part) | 05/21/14 | J | | |
| 28. | | | | | Sold (part) | 09/16/14 | J | | |
| 29. -NATIXIX FDS TR II ASFYX | | | | | | | | | |
| 30. -METLIFE INVS USA C SHAR VARIABLE ANNUITY | | | | | | | | | |
| 31. IRA # 2 | B | Dividend | L | T | | | | | |
| 32. -WELLS FARGO BANK DEPOSIT SWEEP ACCOUNT | | | | | | | | | |
| 33. -CHEVRON CORPORATION CVX | | | | | | | | | |
| 34. -DISNEY WALT COMPANY DIS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -EXXON MOBIL CORP XOM | | | | | | | | | |
| 36. -GENERAL ELECTRIC COMPANY GE | | | | | Sold | 07/18/14 | J | | |
| 37. -JOHNSON & JOHNSON JNJ | | | | | | | | | |
| 38. -MICROSOFT CORP MSFT | | | | | | | | | |
| 39. -PROCTER & GAMBLE CO PG | | | | | | | | | |
| 40. -SPDR GOLD TRUST GLD | | | | | Sold (part) | 01/10/14 | J | | |
| 41. | | | | | Sold | 07/18/14 | J | | |
| 42. -AEGIS VALUE FUND INC AVALX | | | | | Sold (part) | 04/15/14 | J | | |
| 43. | | | | | Sold (part) | 08/13/14 | J | | |
| 44. -DODGE & COX INTL STOCK FUND DODFX | | | | | Sold (part) | 04/15/14 | J | | |
| 45. -JANUS INVT FD JMVAX | | | | | Sold (part) | 04/15/14 | J | | |
| 46. | | | | | Sold (part) | 09/13/14 | J | | |
| 47. -PIMCO FDS PAC INVT PTTRX | | | | | Sold | 06/09/14 | J | | |
| 48. -T ROWE PRICE MID CAP GROWTH FUND RPMGX | | | | | Sold (part) | 11/26/14 | J | | |
| 49. -TEMPLETON FUNDS INCOME TGBAX | | | | | Sold (part) | 07/16/14 | J | | |
| 50. | | | | | Sold (part) | 08/13/14 | J | | |
| 51. -THORNBURG INTL TGVIX | | | | | Sold (part) | 07/16/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/28/14 | J | | |
| 53. -VANGUARD/WINDSOR FUND VWFAX | | | | | | | | | |
| 54. IRA #3 | A | Dividend | J | T | | | | | |
| 55. -COLUMBIA ACORN FUND CLASS C LIACX | | | | | | | | | |
| 56. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 57. -WELLS FARGO BANK DEPOSIT SWEEP | A | Dividend | J | T | | | | | |
| 58. THE GROWTH FUND OF AMERICA 529 C CGFCX | A | Dividend | J | T | | | | | |
| 59. CAPITAL WORLD GROWTH AND INCOME 529 C CWICX | A | Dividend | J | T | | | | | |
| 60. WASHINGTON MUTUAL INVESTORS FUND 529 C CWMCX | A | Dividend | J | T | | | | | |
| 61. THE INCOME FUND OF AMERICA 529 CL C CIMCX | A | Dividend | J | T | | | | | |
| 62. INTERMEDIATE BOND FUND OF AMERICA 529 C CBOCX | A | Dividend | J | T | | | | | |
| 63. THE GROWTH FUND OF AMERICA 529 C CGFCX | A | Dividend | J | T | | | | | |
| 64. CAPITAL WORLD GROWTH AND INCOME 529 C CWICX | A | Dividend | J | T | | | | | |
| 65. WASHINGTON MUTUAL INVESTORS FUND 529 C CWMCX | A | Dividend | J | T | | | | | |
| 66. THE INCOME FUND OF AMERICA 529 C CIMCX | A | Dividend | J | T | | | | | |
| 67. INTERMEDIATE BOND FUND OF AMERICA 529 C CBOCX | A | Dividend | J | T | | | | | |
| 68. BROKERAGE ACCOUNT #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -AMER BALANCED FD INC BALFX | A | Dividend | J | T | | | | | |
| 70. IRA #4 | A | Dividend | M | T | | | | | |
| 71. -MANAGERS AMG FDS TMDPX | | | | | | | | | |
| 72. -AIM GLOBAL REAL ESTATE ARGYX | | | | | | | | | |
| 73. -BLAIR WILLIAM FDS INTL GROWTH BIGIX | | | | | | | | | |
| 74. -CAMBIAR OPPORTUNITY FD CAMWX | | | | | | | | | |
| 75. -SECURITY EQUITY FD MID SEVAX | | | | | | | | | |
| 76. -DELAWARE GROUP ADVISOR FDS DEUIX | | | | | Sold | 09/04/14 | J | | |
| 77. -DELAWARE GROUP EQUITY FD 11-VALUE FD DDVIX | | | | | | | | | |
| 78. -DREYFUS APPRECIATION FD INC DGAGX | | | | | | | | | |
| 79. -FIRST EAGLE FUNDS SOGEN OVERSEAS FUND CLI SGOIX | | | | | | | | | |
| 80. -GOLDMAN SACHS TR FTIXX | | | | | | | | | |
| 81. -HANCOCK JOHN CAP SER CLASSIC VALUE CL I JCVIX | | | | | | | | | |
| 82. -HARBOR INTERNATIONAL INSTL CL HAINX | | | | | | | | | |
| 83. -EAGLE SMALL GAP GROWTH FUND CLASSI HSIX | | | | | | | | | |
| 84. -HOTCHKIS & WILEY FDS MID CAP HWMIX | | | | | | | | | |
| 85. -KEELEY FDS INC SMALL KSCIX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -LAZARD FDS INC LZEMX | | | | | Buy (add'l) | 02/14/14 | J | | |
| 87. -MORGAN STANLEY INSTL MPEGX | | | | | | | | | |
| 88. -MAINSTAY LARGE CAP GROWTH FD CLASS I MLAIX | | | | | Buy | 09/04/14 | J | | |
| 89. -WELLS FARGO FDS TR SMALL WEMIX | | | | | | | | | |
| 90. -OPPENHEIMER DEV MKTS ODVYX | | | | | | | | | |
| 91. -PIMCO FDS PAC INVT PCRIX | | | | | Buy (add'l) | 02/14/14 | J | | |
| 92. -TOUCHSTONE LARGE CAP TIQIX | | | | | Sold | 09/04/14 | J | | |
| 93. -VICTORY PORTFOLIOS SMALL CO OPPTY FD VSOIX | | | | | | | | | |
| 94. -VOYA SER FD INC LARGE CAP GROWTH FD CL I VSOIX | | | | | Buy | 09/04/14 | J | | |
| 95. IRA # 5 | A | Dividend | J | T | | | | | |
| 96. -DAVIS NEW YORK VENTURE FUND INC CL C NYVCX | | | | | | | | | |
| 97. BANK OF AMERICA (REGULAR SAVINGS, INTEREST CHKG) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 33 - Incorrect name reported on 2013 report.  Name should be Wells Fargo Bank Deposit Sweep Account not JP Morgan Prime Money Market Sweep Capital.

Line 71 - Previously reported on line 71 of 2013 report.

Line 72 - Previously reported on line 70 of 2013 report.

Line 75 - Previously reported on line 90 of 2013 report.

Line 89 - Previously reported on line 92 of 2013 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/17/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Keesler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544